UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------- x

ELLEN GREEN, DONOVAN GREEN, TERELLE GREEN,
HYSHAWN JACKSON, TEMESHIA GUMBY, and
MAYLENE SANCHEZ,

                                                 Plaintiffs,

               -against-

CITY OF NEW YORK, DET. MICHAEL NOCERINO, DET.
BENJAMIN SOTO, DET. MATTHEW CAHILL, DET.
SLAWOMIR DZIUBEK, and DET. RICHARD
COLANGELO,

                                                 Defendants.
----------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

14-CV-6048 (LDH) (CLP)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.     The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       May 4, 2017

REIBMAN & WEINER
*Attorneys for Plaintiffs*
26 Court Street, Suite 1808
Brooklyn, New York 11242
(718) 522-1743

By: _____
    James Sanborn
    *Attorney for Plaintiffs*

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants City of New York,
  Nocerino, Soto, Cahill, Dziubek, and
  Colangelo*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
    Hannah V. Faddis
    *Senior Counsel*

SO ORDERED:

_____
HON. CHERYL L. POLLAK
UNITED STATES MAGISTRATE JUDGE

Dated: _____, 2017